<u>**EXHIBIT A**</u>

UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non Profit Corporation, and RONALD MOORE, Individually<br><br>     Plaintiffs,<br><br>v.<br><br>MCDONALD'S REAL ESTATE COMPANY CORPORATION, a Delaware Corporation, MARGARET GILLIS, Individually, and M.SWAN, INC., a New Jersey Corporation,<br><br>     Defendants. | **CASE NUMBER: 3:16-cv-0060-PGS-DEA** |

<u>**STIPULATION FOR DISMISSAL WITH PREJUDICE**</u>

IT IS HEREBY STIPULATED AND AGREED, by and between the Attorneys for Plaintiffs, Ronald Moore and The Independence Project, Inc. ("Plaintiffs") and the Attorneys for Defendants, McDonald's Real Estate Corporation and M. Swan, Inc. ("Defendants"), that Plaintiffs hereby dismiss all claims against both Defendants with prejudice, the parties to bear their own costs and attorney's fees.

Respectfully Submitted,


_____/s/ Alan R. Ackerman_____

Alan A. Ackerman, Esq.
Law Offices of Alan R. Ackerman
1719 Route 10 East, Suite 106
Parsippany, NJ 07054
Telephone: (973) 898-1177
Facsimile: (973) 898-1230
araesq@alanackermanlaw.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181

_____/s/ I. Michael Kessel_____

I. Michael Kessel, Esq.
Littler Mendelson, P.C.
One Newark Center, 8th Floor
Newark, NJ  07102
Telephone: (973) 848-4700
Facsimile:  (973) 643-5626
mkessel@littler.com
Attorneys for Defendant,
McDonald's Real Estate Company


Date: 8/16/2017

Telephone: (305) 891-5199
Facsimile:  (305) 893-9505
jpf@fullerfuller.com                              and
*Attorneys for Plaintiffs*


                                                  _____/s/ Elizabeth Butler_____
                                                  Elizabeth Butler, Esq.
                                                  Kaufman, Borgeest & Ryan, LLP
                                                  9 Campus Drive
                                                  Parsippany, NJ  07054
                                                  Telephone: (973) 451-9600
                                                  Facsimile:  (973) 451-1050
                                                  ebutler@kbrlaw.com
                                                  *Attorneys for Defendant,*
                                                  *M. Swan, Inc.*



Date:  8/16/2017                                  Date: 8/16/2017





SO ORDERED:


_____                             Dated: _____, 2017
Hon. Tonianne J. Bongiovanni, U.S.M.J.